IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| SUELLEN CRANO, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-305 (RDA/IDD) |
| | ) | |
| HILTON WORLDWIDE HOLDINGS | ) | |
| INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter comes before the Court on Plaintiffs' Motion for Leave to File Corrected Memorandum of Law ("Motion"). Dkt. 58. Having considered the Motion, and for good cause shown, it is hereby

ORDERED that the Motion (Dkt. 58) is GRANTED; and it is

FURTHER ORDERED that Plaintiffs shall file the Corrected Memorandum of Law in Opposition to Defendant's Motion to Dismiss Plaintiffs' Amended Complaint. The corrected document shall be deemed timely filed as of the date of this order.

It is SO ORDERED.

Alexandria, Virginia
April 16, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge