**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| SUELLEN CRANO and KELLY COONEY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>HILTON WORLDWIDE HOLDINGS, INC., AND DOES 1-10,<br><br>*Defendants.* | Case No. 1:25-cv-00305-RDA |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Plaintiffs respectfully move the Court, pursuant to E.D. Va. L. Civ. R. 7(F)(1), for leave to file a sur-reply in opposition to Defendant's Motion to Dismiss (ECF 63).

The reasons in support of this Motion are set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Leave to File Sur-Reply to Defendant's Reply Brief in Support of Motion to Dismiss.

Dated this 27th day of May 2025.

PHELAN PETTY PLC

*/s/ Jonathan M. Petty*

Jonathan M. Petty (VSB No. 43100)
Christopher P. Yakubisin (VSB No. 91186)
3315 West Broad Street
Richmond, VA 23230
Tel : (804) 980-7100
Fax: (804) 767-4601
jpetty@phelanpetty.com
cyakubisin@phelanpetty.com

Eric S. Dwoskin (admitted *pro hac vice*)
DWOSKIN WASDIN LLP
433 Plaza Real, Ste. 275
Boca Raton, FL 33432
Phone: (561) 849-8060
edwoskin@dwowas.com

*Attorneys for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2025 a copy of the foregoing was filed with the Court's CM/ECF system, which will send a notice of electronic filing (NEF) to all counsel of record.

*/s/ Jonathan M. Petty*

Jonathan M. Petty, VSB No. 43100
Christopher P. Yakubisin (VSB No. 91186)
PHELAN PETTY PLC
3315 W. Broad Street
Richmond, VA 23230
(804) 980-7100 (telephone)
(804) 767-4601 (fax)
jpetty@phelanpetty.com
cyakubisin@phelanpetty

*Attorneys for Plaintiffs and the Putative Class*