**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| SUELLEN CRANO and KELLY COONEY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>HILTON WORLDWIDE HOLDINGS, INC., AND DOES 1-10,<br><br>*Defendants.* | Case No. 1:25-cv-00305-RDA |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Plaintiffs Suellen Crano and Kelly Cooney, by counsel, hereby respectfully submit this Memorandum in Support of their Motion for Leave to File Sur-Reply to Defendant's Reply Brief in Support of Motion to Dismiss (ECF 64).

"Generally, courts allow a party to file a sur-reply only when fairness dictates based on new arguments raised in the previous reply." *Dillard v. Kolongo*, 2017 U.S. Dist. 2017 WL 2312988,*6 (E.D. Va. May 25, 2017). *See also*, *Thorne v. Astrue*, 2012 WL 4801840, at *1 (E.D. Va. Sept. 20, 2012) (noting that courts in this district allow sur-replies where "a party brings forth new material or deploys new arguments in a reply brief"); *see also Artis v. Lyon Shipyard, Inc.*, 2018 WL 2013073, at *1 (E.D. Va. Apr. 26, 2018); *Fed. Ins. Co. v. Locash*, 2014 WL 12588635, at *1 (E.D. Va. Feb. 18, 2014). Defendant's Reply Brief in Support of Motion to Dismiss ("Reply Brief") (ECF 63) raises new arguments and authority related to the interpretation of Cal. Civ. Code § 53.5 (the "Guest Records Statute") and effective consent under Cal. Penal Code 631(a) ("CIPA").

In particular, for the first time in its reply brief, Defendant: (a) addresses a case that issued *after* Plaintiffs filed their brief in opposition to Defendant's motion to dismiss (ECF 56)—*Snyder v. G6 Hosp. LLC*, 2025 WL 1254382 (C.D. Cal. Apr. 14, 2025)—which addresses both the Guest Records Statute and consent under CIPA; and (b) advances a new interpretation of the Guest Records Statute in support of its argument that Meta is a "third-party service provider" as defined in that statute.

Plaintiffs intended to address these points at oral argument on Defendant's motion. However, inasmuch as there will be no oral hearing on Defendant's motion, Plaintiffs now seek leave to file a short sur-reply addressing the new case law and corresponding arguments made in Defendant's reply brief.

A copy of Plaintiffs' proposed Sur-Reply in Opposition to Defendant's Motion to Dismiss is attached as **Exhibit A**.

Dated this 27th day of May, 2025

PHELAN PETTY PLC

*/s/ Jonathan M. Petty*

Jonathan M. Petty (VSB No. 43100)
Christopher P. Yakubisin (VSB No. 91186)
3315 West Broad Street
Richmond, VA 23230
Tel : (804) 980-7100
Fax: (804) 767-4601
jpetty@phelanpetty.com
cyakubisin@phelanpetty.com

Eric S. Dwoskin (admitted *pro hac vice*)
DWOSKIN WASDIN LLP
433 Plaza Real, Ste. 275
Boca Raton, FL 33432
Phone: (561) 849-8060
edwoskin@dwowas.com

*Attorneys for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27h day of May a copy of the foregoing was filed with the Court's CM/ECF system, which will send a notice of electronic filing (NEF) to all counsel of record.

*/s/ Jonathan M. Petty*
Jonathan M. Petty, VSB No. 43100
Christopher P. Yakubisin (VSB No. 91186)
PHELAN PETTY PLC
3315 W. Broad Street
Richmond, VA 23230
(804) 980-7100 (telephone)
(804) 767-4601 (fax)
jpetty@phelanpetty.com
cyakubisin@phelanpetty

*Attorneys for Plaintiffs and the Putative Class*