**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| SUELLEN CRANO and KELLY COONEY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>HILTON WORLDWIDE HOLDINGS, INC., AND DOES 1-10,<br><br>*Defendants.* | Case No. 1:25-cv-00305-RDA |

**PLAINTIFFS' RESPONSE**
**TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully submit this response to Defendant Hilton Worldwide Holdings Inc.'s ("Hilton Holdings") Notice of Supplemental Authority (ECF 68) regarding *King v. Hard Rock Cafe International (USA), Inc.,* 2025 WL 1635419 (E.D. Cal. June 9, 2025).

With respect to the CIPA claim, the *Hard Rock* court acknowledged that "descriptive URLs that reveal specific information about a user's queries may reflect the 'contents' of communications under CIPA," but ultimately held that the plaintiff did not plead her claim with the necessary particularity because the complaint did not specifically allege the information that the plaintiff searched for (*i.e.*, the queries she made on the website) and whether the resulting URLs disclosed her queries. Respectfully, the *Hard Rock* court required too much at the pleading stage. CIPA claims are pled under Rule 8, not Rule 9(b), and, when addressing claims pled to the notice standard under Rule 8, courts typically abide by the principle that general factual allegations are sufficient to "embrace those specific facts that are necessary to support the claim." *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 561 (1992); *see also e.g.*, *Ade v. Viki, Inc.*, 2024 WL 1880153, at *2

(N.D. Cal. Mar. 28, 2024) ("Viki contends that the plaintiffs' failure to allege the specific video titles they viewed on the website that were then disclosed to Meta is fatal to their VPPA claim . . . The complaint alleges that Viki sent the plaintiffs' "PII, including [the PII at issue.] This is sufficient at the pleadings stage."); *Martinez v. D2C, LLC*, 2023 WL 6587308, at *3 (S.D. Fla. Oct. 10, 2023) ("[T]he Court agrees with other courts that have had no difficulty concluding that alleging, generally, that a defendant disclosed [the PII at issue] is sufficient.").

In any event, the complaint here does not suffer from the issue the court focused on in *Hard Rock*. As Hilton acknowledged in its brief, the complaint alleges that Meta "received . . . 'guest record' information in an automatically generated URL containing basic booking information." ECF 31 at 14. The complaint alleges that Plaintiff browsed and booked hotel rooms on Hilton's website, that browsing and booking hotel rooms on Hilton's website requires users to select the destination and dates for the booking, that the URLs for the pages viewed during the process contain this user-generated information, and that Hilton sent those URLs, along with a unique number identifying Plaintiff and "Event" data showing that she completed the transaction, to Meta. ECF 29 ¶¶ 4, 46-49. That is more than enough to show that Meta intercepted the "contents" of Plaintiff's communications—*i.e.*, user-generated inputs, as opposed to automatically generated "records" like the timestamp accompanying the communications—at the pleading stage, particularly for a claim alleged under Rule 8.

Dated this 19th day of June 2025. PHELAN PETTY PLC

*/s/ Jonathan M. Petty*

Jonathan M. Petty (VSB No. 43100)
Christopher P. Yakubisin (VSB No. 91186)
PHELAN PETTY PLC
3315 West Broad Street
Richmond, VA 23230
Tel : (804) 980-7100

Fax: (804) 767-4601
jpetty@phelanpetty.com
cyakubisin@phelanpetty.com

Eric S. Dwoskin (admitted *pro hac vice*)
DWOSKIN WASDIN LLP
433 Plaza Real, Ste. 275
Boca Raton, FL 33432
Phone: (561) 849-8060
edwoskin@dwowas.com

*Attorneys for Plaintiffs and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2025 a copy of the foregoing was filed with the Court's CM/ECF system, which will send a notice of electronic filing (NEF) to all counsel of record.

*/s/ Jonathan M. Petty*

Jonathan M. Petty, VSB No. 43100
Christopher P. Yakubisin (VSB No. 91186)
PHELAN PETTY PLC
3315 W. Broad Street
Richmond, VA 23230
(804) 980-7100 (telephone)
(804) 767-4601 (fax)
jpetty@phelanpetty.com
cyakubisin@phelanpetty.com

*Attorneys for Plaintiffs and the Putative Class*