IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SUELLEN CRANO, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:25-cv-305 (RDA/IDD) |
| HILTON WORLDWIDE HOLDINGS, INC., *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Plaintiffs' Notice of Voluntary Dismissal. Dkt. 75. Plaintiffs report that the action should be dismissed in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party to bear their own fees and costs. Accordingly, it is hereby

ORDERED that the action is **DISMISSED WITHOUT PREJUDICE**; and it is

FURTHER ORDERED that Defendant Hilton Worldwide Holdings Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint, or in the Alternative, Transfer Venue, Dkt. 31, is **DENIED AS MOOT**; and it is

FURTHER ORDERED that Plaintiffs' Motion for Leave to File Sur-Reply in Opposition to Defendant's Reply Brief in Support of Motion to Dismiss, Dkt. 64, is **DENIED AS MOOT**.

The Clerk is directed to forward copies of this Order to counsel of record and to place this matter among the ended causes.

It is SO ORDERED.

Alexandria, Virginia
July 23 2025

/s/
Rossie D. Alston, Jr.
United States District Judge